UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>                          Plaintiff,<br><br>          v.<br><br>AVIATION PORT SERVICES, LLC,<br><br>                          Defendant. | CASE NO. C18-5554 BHS<br><br>ORDER |

THIS MATTER is before the Court on its own motion, following its July 21, 2022, Order, Dkt. 61. That Order informed Plaintiff Commerce & Industry that its request for alternate service, included in its prior Status Report, Dkt. 58, should be made by a formal motion. Dkt. 61. The Court asked for another Status Report by August 19, 2022, and re-noted the underlying Motions for Contempt and Sanctions, Dkt. 44, for September 30, to permit Commerce & Industry to file such a motion. No such motion, and no additional status report, has been filed.

The underlying motion, Dkt. 44, is a part of Commerce & Industry's post-judgment effort to collect its default judgment. It was filed in April 2021, and it has been

1   re-noted by the Court seven times over the past year and half. Dkts. 50, 52, 54, 56, 57, 59,

2   and 61.

3       Commerce & Industry's Motion for Contempt & Sanctions is DENIED without

4   prejudice to seek this and other relief in a post-judgment suit seeking to enforce its April

5   13, 2020 Judgment, Dkt. 33.

6       The Clerk shall close the case.

7       IT IS SO ORDERED.

8       Dated this 21st day of October, 2022.

9

10

11      BENJAMIN H. SETTLE
        United States District Judge

12

13

14

15

16

17

18

19

20

21

22